# United States District Court
## For The Western District of North Carolina
## Asheville Division

LARRY DONNELL HARBISON,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                    1:07cv269

SAM CRUMP, ET AL,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 7, 2011 Order.

Signed: July 7, 2011

Frank G. Johns, Clerk
United States District Court